IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| INTELLECTUAL VENTURES I LLC, et al., | § § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | CIVIL ACTION NO. 2:23-CV-00523-JRG |
| JP MORGAN CHASE & CO., et al., | § § § | (LEAD CASE) |
| *Defendants*. | § | |
| v. | § § | CIVIL ACTION NO. 2:23-CV-00525-JRG |
| LIBERTY MUTUAL HOLDING COMPANY INC., et al., | § § § § | (MEMBER CASE) |
| *Defendants*. | § | |

**ORDER**

Before the Court is the Joint Motion to Dismiss (the "Joint Motion") filed by Plaintiffs Intellectual Ventures I LLC and Intellectual Ventures II LLC ("Plaintiffs") and Defendants Liberty Mutual Holding Company Inc., Liberty Mutual Insurance Company, Liberty Mutual Group Inc., Liberty Mutual Plano LLC, Liberty Mutual Technology Group, Inc., Comparion Insurance Agency LLC, and Ironshore Holdings (US) Inc. (together, the "Defendants") (collectively, the "Parties"). (Dkt. No. 108.) In the Joint Motion, the Parties represent that they have resolved Plaintiffs' claims for relief against Defendants and Defendants' counterclaims for relief against Plaintiffs asserted in Member Case No. 2:23-cv-00525-JRG. (*Id.* at 1). The Parties request that Plaintiffs' claims for relief against Defendants be dismissed with prejudice and Defendants' claims, defenses, or counterclaims for relief against Plaintiffs be dismissed without prejudice. (*Id.*)

Having considered the Joint Motion, the Court finds that it should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that all claims made by Plaintiffs against Defendants

are **DISMISSED WITH PREJUDICE**. It is further **ORDERED** that all claims, defenses, or counterclaims made by Defendants against Plaintiffs are **DISMISSED WITHOUT PREJUDICE**. Each party shall bear its own attorneys' fees, expenses, and costs. All pending requests for relief in this case not expressly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned cases as no parties or claims remain in this series of consolidated cases.

**So ORDERED and SIGNED this 16th day of January, 2025.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE